REC'D IN PRO SE OFFICE
DEC 13 '24 PM3:33

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

Pauline Rocke

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

amend

**Complaint for a Civil Case**

Case No. 24 CV 05874

*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☐ No
*(check one)*

-against-

Judge Robert Hettlmen
Chelsea Donahue Pauliner
Rodriguez anusha Raul

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Pauline Rocke
Street Address: 2250 West 11st 11C
City and County: Brooklyn
State and Zip Code: NY 11226
Telephone Number:
E-mail Address:

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: Judge Robert hettlemenn
Job or Title (if known): Judge
Street Address: 350 Jay St
City and County: Brooklyn
State and Zip Code: NY
Telephone Number:
E-mail Address (if known):

Defendant No. 2
Name: Paulina Rodriguez
Job or Title (if known): ACS
Street Address: 350 Jay St
City and County:

2

State and Zip Code    B NY
Telephone Number
E-mail Address
(if known)

Defendant No. 3

Name    Chelsea Donohere

Job or Title
(if known)

Street Address City    350 Jay st
and County State    Brooklyn
and Zip Code

Telephone Number

E-mail Address
(if known)

Defendant No. 4

Name    Anusha ravi

Job or Title
(if known)

Street Address City    i
and County State
and Zip Code

Telephone Number

E-mail Address
(if known)

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

hate crime because of cyber bull people say have hiv situation bad remove my son for rumor

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* PaulineRock, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Nader Shehata, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*: $50,000 hate crime to coverup the cyber bull Impartial in case People ~~~~ to team up ~~~~ on me because be sick

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

People start say got Aid cyberbull Start go down police PSA1 nobody stealing do need go to the hosptial nobody mess with me because of smell not because of a std becau posion me

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

because of cyber bull the police not want to help say in my head so the attack got bad because say got hiv look away from the problem because got hiv im sick ethical conduct

V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12 13, 20 24

Signature of Plaintiff: Pauline Roche
Printed Name of Plaintiff: Pauline Roche

6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

Pauline Rocke

Plaintiff,

-against- Judge Robert
Kettleman Chelsea Donohue
Paulina Rodriguez Anusha Ravi

Defendants.
----------------------------------------X

**AMENDED COMPLAINT**

24 CV 05874 ( )( )

A hate crime so way cover up the bias true can no help about the attack im sick ethical conduct impartial to my live situation make housing work naders he hate not want to help move but say I want to hurt dis people and nobody want to heard me start stealing my income cyberbull go facebook say I have hiv and bad smell because of the hiv not because posion so got say got Aid want to leave marlboro disclose to the police PSA I say me im sick do need go to hospital history nobody mess with me in my head im delusional one day son got black eye police office delusional make up now stop visit with son Judge suspended

never got mail why do it now
Please ~~no not~~ now that



**NEW YORK CITY HOUSING AUTHORITY**
Marlboro Houses 2740 86th St. Brooklyn, NY 11223
TEL: (718)373-9513

ROCKE, PAULINE
2250 West 11th Street
Brooklyn, NY 11223.

Dear Tenant.

I have received a complaint from a neighbor that you accused her of stealing your food and you followed her, and her so I requested a social service referral for you.

Please give us a call at (718)373-9513 if you have any questions.

Thank you.

Housing Assistant

Nader Shehata

# FAMILY COURT OF THE STATE OF NEW YORK
# COUNTY OF QUEENS

In the Matter of a Proceeding under
Article _ of the Family Court Act.

Lamech Ben-Israel, Petitioner,

v.

Pauline Rocke, Respondent,

Docket No. 17956

ORDER TO SHOW CAUSE

TO THE FAMILY COURT:
The undersigned Petition respectfully shows that:
1. Applicant is Lamech Ben-Israel is the above named case.
2. On 1/23/24 the following occurred: Pauline Rocke was placed in the Hospital for Mental Health issues. A.C.S was notified and her child Lamech King Paul Ben-Israel removed from her custody. And place with his father.

3. That since the occurrence these facts have occurred: Since that date the child has been with the father Lamech Ben-Israel. He has been with the father ever since the mother Pauline Rocke has been in the hospital.

4. That by reason of this petition I respectfully request that: I Lamech Ben-Israel request full custody of Lamech King Paul Ben-Israel so that he can care for his son as far as getting him in school and make sure the child is seen by Doctor if needed.

5. No previous application has been made to any court or judge for the relief herein requested (except): For today to granted full custody of Lamech King Paul Ben-Israel.

DOCKET NO: _____

**APPLICATION FOR JUDICIAL ACTION**

WHEREFORE, your applicant pray that the relief requested be granted in accordance with Section ____ of the Family Court Act.

Dated: 2/2/24

_L. B-I_ (signed)
Applicant

L. Ben-Israel
Print Name

### VERIFICATION

STATE OF NEW YORK ) 
: ss.: 
COUNTY OF QUEENS )

Lamech Ben-Israel Above named being duly sworn, deposes and says: I am the Petitioner in the within action; that I have read and know the contents of the foregoing Petition; that the same is true to my own knowledge, except as to matters therein stated to be alleged on information and belief, and that as to those matters, I believe it to be true.

_____
Applicant

_____
Print Name

Sworn to before me on:
Feb 2 , 20 24

_____
Court Assistant
Notary Public